UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Rocio Selene Rosales )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08 cr 590 JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 51786198 |

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Ana Maria Ramirez-Chavez

DATED: 3-4-08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
_____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062